IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 4:13-CR-00219 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| AMY JENKINS | : | |
| | : | |

**ORDER**

November 3, 2016

In accordance with the memorandum issued this date,

**IT IS HEREBY ORDERED THAT:**

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence 28 U.S.C. § 2255 is DENIED. ECF No. 124.

2. A Certificate of Appealability shall not issue.

3. The Clerk is directed to close both 4:16-CV-0490 and this action.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　/s Matthew W. Brann
　　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　　United States District Judge

1